IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

COSMO BROCATO                                                                    PLAINTIFF

v.                                    Case No. 1:17-cv-1045

GEORGIA-PACIFIC CROSSETT, LLC                                     DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. (ECF No. 26). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Court finds that this matter should be and hereby is **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 26th day of June, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge